UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80180-Cr-CANNON

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

HOWARD WRIGHT, et al.,

                Defendants.
_____/

## GOVERNMENT'S MOTION FOR THE COURT TO IMPOSE A SENTENCE BELOW THE FEDERAL SENTENCING GUIDELINES' RANGE PURSUANT TO U.S.S.G. § 5K1.1

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves this Honorable Court, pursuant to Section 5K1.1 of the advisory Federal Sentencing Guidelines, to sentence the defendant HOWARD WRIGHT, to a sentence below the Guidelines' range,[1] to reflect his substantial assistance in the prosecution of another individual who has committed an offense, and, as grounds therefore, states as follows:

    1.    Defendant agreed to cooperate with law enforcement authorities in this case from the time of his arrest, provide information, and was fully prepared to testify -- if necessary -- at trial concerning his knowledge of illegal activities, by others.   Prior to and

---

[1] The defendant was not convicted of an offense which carries a mandatory minimum sentence, and therefore Title 18, United States Code, Section 3553(e), is not implicated.

following his entry of a guilty plea in the above-captioned case, defendant HOWARD WRIGHT submitted to debriefing and assisted the government in a significant federal case investigation, the successful resolution of which would not have been possible absent his substantial assistance. Specifics of defendant's cooperation will be presented during the Sentencing Hearing.

2. The defendant's guidelines level as computed by the United States Probation Office was determined to be a Level 10, Criminal History Category II,[2] with an advisory guidelines sentencing range of 8-14 months' imprisonment. The government would respectfully recommend a one-third (1/3) reduction of the defendant's sentence to account for his substantial assistance to the government, the impact of which the government shall relate for the Court's consideration in greater detail at the defendant's sentencing hearing.

3. The United States informs this Honorable Court that the information and efforts lent by this defendant constitutes "substantial assistance" as that term is contemplated in the Federal Sentencing Guidelines.

---

[2] The government notes that the defendant was correctly determined to have a Criminal History Category of II in the Presentence Investigation Report, based on his having three (3) criminal history points solely attributable to the 41-month sentence he received on June 18, 2009, in SDFL Case No. 09CR20197 for Reentry After Deportation for an Aggravated Felony (see DE 44, ¶ 29, at 9). However, in 2022, the Eleventh Circuit decided *Said v. U.S. Att'y Gen.*, 28 F.4th 1328 (11th Cir. 2022), which rendered WRIGHT's April 4, 2000 conviction for "Conspiracy to Traffick in Cannabis Over 50 Pounds" under Florida Statute 893.135(5)(see DE 44, ¶ 28, at 8), no longer legally deemed an "aggravated felony" under INA § 101(43)(B) (illicit trafficking in a controlled substance (as defined in section 802 of Title 21), including a drug trafficking crime (as defined in section 924(c) of Title 18)) and (U) (an attempt or conspiracy to commit an offense described in this paragraph.).

WHEREFORE the government respectfully moves this Honorable Court to grant the government's motion and impose a sentence below the Guidelines' range pursuant to U.S.S.G § 5K1.1, to reflect the defendant's substantial assistance to the United States.

Respectfully submitted,

MARKENZY LAPOINTE
ACTING UNITED STATES ATTORNEY

BY:      s/ *John C. McMillan*
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:    (561) 820-8711
FAX:      (561) 820-8777
Email: John.McMillan@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system.

By: <u>  s/ *John C. McMillan*                </u>
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY